UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARNEST PARKER,

       Plaintiff,                        No. 15-11721

v.                                      District Judge Judith E. Levy
                                            Magistrate Judge R. Steven Whalen

UNITED STATES OF AMERICA,
ET AL.,

       Defendants.
_____/

**ORDER EXTENDING TIME FOR SERVICE**

      Plaintiff Earnest Parker having shown good cause to extend the time for service of the complaint and summons on Defendant United States of America under Fed.R.Civ.P. 4(m), the time for service is hereby extended to JULY 12, 2016.

      Service on the United States is governed by Fed.R.Civ.P. 4(i)((1), which requires sending a copy of the summons and complaint, by registered or certified mail, to both (1) the civil process clerk at the United States Attorney's Office for the Eastern District of Michigan, and (2) the Attorney General of the United States at Washington, D.C. Plaintiff must also file a proof of service with a copy of a return receipt showing that the U.S. Attorney's Office and the Attorney General received the mailings.

      IT IS SO ORDERED.

                                                  s/R. Steven Whalen
                                                  R. STEVEN WHALEN
                                                  UNITED STATES MAGISTRATE JUDGE

Date: May 31, 2016

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on May 31, 2016, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla<br>
Case Manager to the<br>
Honorable R. Steven Whalen